Case 1:21-cv-07608-KPF   Document 11   Filed 11/23/21   Page 1 of 2

# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

November 22, 2021

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



**MEMO ENDORSED**

      **Re:** **Norris v. Whipped - Urban Dessert Lab LLC, et al.**
            **Case 1:21-cv-07608-KPF**

Dear Judge Failla:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for December 2, 2021, at 11:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E.8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                                      Sincerely,

                                      By: /S/   B. Bradley Weitz
                                          B. Bradley Weitz, Esq. (BW9365)
                                          THE WEITZ LAW FIRM, P.A.
                                          Attorney for Plaintiff
                                          Bank of America Building
                                          18305 Biscayne Blvd., Suite 214
                                          Aventura, Florida 33160
                                          Telephone: (305) 949-7777
                                          Facsimile:  (305) 704-3877
                                          Email: bbw@weitzfirm.com

Application GRANTED.  The conference scheduled for December 2, 2021, is hereby ADJOURNED to January 6, 2022, at 3:00 p.m.  The Clerk of Court is directed to terminate the pending motion at docket number 10.

Dated:    November 23, 2021              SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE