# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

December 29, 2021

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



      Re:    Norris v. Whipped - Urban Dessert Lab LLC, et al.
                Case 1:21-cv-07608-KPF

Dear Judge Failla:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 6, 2022, at 3:00 p.m., in your Honor's Courtroom. The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location, and likewise Federal Express correspondence to corporate addresses in order to facilitate contact from the Defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

      Thank you for your consideration of this second adjournment request.

                                    Sincerely,

                                    By: /S/   B. Bradley Weitz
                                         B. Bradley Weitz, Esq. (BW9365)
                                         THE WEITZ LAW FIRM, P.A.
                                         Attorney for Plaintiff
                                         Bank of America Building
                                         18305 Biscayne Blvd., Suite 214
                                         Aventura, Florida 33160
                                         Telephone: (305) 949-7777
                                         Facsimile:  (305) 704-3877
                                         Email: bbw@weitzfirm.com

Application GRANTED. The initial pretrial conference scheduled for January 6, 2022, is hereby ADJOURNED to February 15, 2022, at 12:00 p.m. The Clerk of Court is directed to terminate the pending motion at docket number 12.

Dated:     January 3, 2022             SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE