

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

February 1, 2022

**Via CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square – Courtroom 618
New York, NY 10007



Re:   Norris v. Whipped – Urban Dessert Lab LLC, et al.
**Docket No.:  21-cv-07608-KPF**
**Request for extension to answer Complaint and adjourn Conference**

Dear Honorable Judge Failla:

Please be advised that this office has been retained and now represents the Defendant, *Whipped - Urban Dessert Lab LLC.*, in the above captioned matter. Per your Individual Rules, we write to request an extension of time to answer the Complaint and reschedule the pre-trial conference currently scheduled for February 15, 2022.  We respectfully request a 45 day extension until **March 15, 2022**. This is Defendant's first request for an extension and adjournment. Plaintiff's counsel consents to this request. This extension is necessary to provide counsel sufficient time to review all the facts within the case, conduct a proper investigation and interpose an answer on Defendant's behalf. Further, this additional time will allow an opportunity for the parties to discuss the possibility of settlement before litigation commences.

Thank you for your consideration of this matter.

Respectfully,

/s/ Andrea Batres, Esq.
Attorney for Defendant
Bell Law Group, PLLC.
116 Jackson Avenue
Syosset, New York 11791
(516) 280-3008
Fax: (212) 202-5130
Email: ab@belllg.com

Application GRANTED.  Defendant Whipped - Urban Dessert Lab LLC shall respond to the Complaint on or before March 15, 2022. Further, the initial pretrial conference scheduled in this matter for February 15, 2022, is hereby ADJOURNED to March 24, 2022, at 3:00 p.m.  The parties are directed to refer to the Notice of Initial Pretrial Conference at docket number 3 for relevant instructions.

The Clerk of Court is directed to terminate the pending motion at docket number 15.

Dated:    February 1, 2022              SO ORDERED.
          New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE