

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

March 17, 2022

**Via CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square – Courtroom 618
New York, NY 10007



      Re:    Norris v. Whipped – Urban Dessert Lab LLC, et al.
              **Docket No.:  21-cv-07608-KPF**
              **Request for extension to adjourn Conference**

Dear Judge Failla:

      Please be advised that this office has been retained and now represents the Defendant, *Whipped - Urban Dessert Lab LLC.*, in the above captioned matter. Per your Individual Rules, we write to request an adjournment of the pre-trial conference currently scheduled for March 24, 2022. We respectfully request an extension until **April 15 or 19, 2022**. This is Defendant's second request for an adjournment of the pretrial conference. Plaintiff's counsel consents to this request. This extension is necessary because counsel for defendant is scheduled for a hearing in the Merit Systems Protections Board that is scheduled for March 23, 2022, and continuing until March 24, 2022, to take relevant testimony of a witness. Further, this additional time will allow an opportunity for the parties to discuss the possibility of settlement before litigation commences.

      Thank you for your consideration of this matter.

      Respectfully,

/s/ Andrea Batres, Esq.
Attorney for Defendant
Bell Law Group, PLLC.
116 Jackson Avenue
Syosset, New York 11791
(516) 280-3008
Fax: (212) 202-5130
Email: ab@belllg.com

5 Penn Plaza, 23rd Floor    100 Quentin Roosevelt Blvd. Ste. 208    1629 K Street, NW, Suite 300    10750 NW 6th Court
New York, NY 10001          Garden City, NY 11530                   Washington, DC 20006            Miami, FL 33168



**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

Application GRANTED. The initial pretrial conference scheduled for March 24, 2022, is hereby ADJOURNED to April 15, 2022, at 2:00 p.m. The parties are directed to refer to the Notice of Initial Pretrial Conference for instructions regarding the documents to be submitted prior to the conference. (Dkt. #3). The Clerk of Court is directed to terminate the pending motion at docket number 19.

Dated:     March 18, 2022          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

---

| 5 Penn Plaza, 23rd Floor | 100 Quentin Roosevelt Blvd. Ste. 208 | 1629 K Street, NW, Suite 300 | 10750 NW 6th Court |
| --- | --- | --- | --- |
| New York, NY 10001 | Garden City, NY 11530 | Washington, DC 20006 | Miami, FL 33168 |